**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMOS HASON, <br>         Plaintiff, <br> v. <br> LOS ANGELES COUNTY et al., <br>         Defendants. | Case No. CV 15-10005-SVW (JPR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    The Court has reviewed the Third Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On October 30, 2017, Plaintiff filed objections to the R. & R., in which he complains about actions the Court previously took in this and other lawsuits he has filed. Nowhere in his eight-page objections does he even mention, much less discuss, Heck v. Humphrey, 512 U.S. 477 (1994), the holding of which was the basis for the Magistrate Judge's conclusion that most of his lawsuit is barred and must be dismissed without prejudice (see R. & R. at 8-14).

    Having made a de novo determination of those portions of the

1

R. & R. to which Plaintiff objected, the Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Plaintiff's due process claim against any LAPD Defendants and his claim against the County based on a policy of housing only homosexual men in K6-G custody are dismissed with prejudice and all other claims are dismissed without prejudice. Judgment shall be entered accordingly.

DATED: December 7, 2017

STEPHEN V. WILSON
U.S. DISTRICT JUDGE