# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMOS HASON, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY et al., <br><br> Defendants. | Case No. CV 15-10005-SVW (JPR) <br><br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's due process claim against any LAPD Defendants and his claim against the County based on a policy of housing only homosexual men in K6-G custody are dismissed with prejudice and all other claims are dismissed without prejudice.

DATED: December 7, 2017

STEPHEN V. WILSON
U.S. DISTRICT JUDGE